1430

**2017–0913.   Electronic Classroom of Tomorrow v. Dept. of Edn.**
Franklin App. No. 16AP–863, 2017-Ohio-5607. Discretionary appeal of appellant Electronic Classroom of Tomorrow accepted on proposition of law No. IV. Appeal of appellants Jeremy Aker and Darrel Deberry not accepted.

O'DONNELL and KENNEDY, JJ., would accept the appeal of appellant Electronic Classroom of Tomorrow on all propositions of law.

O'CONNOR, C.J., dissents and would not accept either appeal.

W. SCOTT GWIN, J., of the Fifth District Court of Appeals, sitting for FRENCH, J.